UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JULIUS E. CHAMBERS,<br>Plaintiff | Case No. 1:12-cv-274 |
| vs. | Litkovitz, M.J.<br>(consent) |
| SECRETARY OF VETERANS AFFAIRS,<br>Defendant, | ORDER |

Defendant, the Secretary of Veterans Affairs, filed a fully dispositive motion for summary judgment on April 29, 2013. *See* Doc. 14. Plaintiff filed a response in opposition on May 23, 2013, wherein he represents his intent to file supporting affidavits. *See* Doc. 16 at 1. However, plaintiff did not request an extension of time or propose a time by which he would provide this evidence to the Court. Plaintiff shall file any supporting evidence within **ten (10) days** of the entry of this order.

**IT IS SO ORDERED.**

Date: 5/24/13

Karen L. Litkovitz
United States Magistrate Judge

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Julius E. Chambers<br>PO Box 36269<br>Cinti, OH 45236 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0000 8389 9609 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540